AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original

CLERK'S OFFICE
A TRUE COPY
Jan 28, 2021
s/ DarylOlszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The person of Kya NELSON (DOB: XX/XX/2001) and the residence located at 4103 Saint Claire St, Racine, WI, as more fully described in Attachments A-1 & A-2 | Case No.   21   MJ   65 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Eastern     District of     Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    February 4, 2021    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    January 28, 2021 at 4:34 PM      *William E. Duffin* (signature)
                                                           *Judge's signature*

City and state:    Milwaukee, WI      U.S. Magistrate Judge William E. Duffin
                                                           *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 21 MJ 65 | Date and time warrant executed: 1/29/21 7:00 am | Copy of warrant and inventory left with: Erik Nelson |
| Inventory made in the presence of: Special Agent Joseph R. Brown | | |

Inventory of the property taken and name(s) of any person(s) seized:

1. Digital Storm Desktop
2. Aris Modem and Netgear Router
3. Apple iPad
4. Xbox One S
5. Playstation
6. LG Cellphone
7. Apple iPhone
8. Apple iPhone
9. Seagate 300 GB Hard Drive from Dell Desktop
10. Hitachi 250 GB Hard Drive
11. LG Cellphone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/2/2021

_____
*Executing officer's signature*

Jeremy Duric, Special Agent
*Printed name and title*